AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

**JEAN CARLOS ALMODOVAR**
Petitioner

V.

**DAVID NOLAN**
Respondent

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT **AND
WAIVE FILING FEE
FOR HABEAS CORPUS**

CASE NUMBER:

I, **JEAN ALMODOVAR**, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **MCI CEDAR JUNCTION**

   Are you employed at the institution? **NO**   Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.   **See Attached**

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☐ Yes    ☒ No
   e. Gifts or inheritances   Approximately ☒ Yes $96,000 ☐ No  **FROZEN PRISON ACCOUNT**
   f. Any other sources                                 ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?  ☑ Yes  PRISON

   If "Yes," state the total amount.  $95.00 FROZEN = NO ACCESS

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_8/20/04_
Date

_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date:** 20040816 12:22

| | | | | |
|---|---|---|---|---|
| Commit# : | W68354 | | MCI CEDAR JUNCTION | Page: 1 |
| Name : | ALMODOVAR, JEAN, C. | Statement From | 20040201 | |
| Inst : | MCI CEDAR JUNCTION | To | 20040816 | |
| Block : | BLOCK 1 | | | |
| Cell/Bed : | 32 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $352.26 | $351.85 | $0.00 | $0.00 |
| 20040210 11:36 | IS - Interest | 2358822 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040301 08:50 | ML - Mail | 2452172 | | CJ | ~MILAGROS RODRIGUEZ | $70.00 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2490279 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2650914 | | CJ | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2795306 | | CJ | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2925142 | | CJ | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20040614 09:03 | ML - Mail | 2949026 | | CJ | ~VIRGINIA CABAN | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3073179 | | CJ | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3207267 | | CJ | | $0.15 | $0.00 | $0.00 | $0.00 |
| | | | | | | $95.53 | $0.00 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $95.94 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $95.94 | $0.00 | $144.00 | $0.00 | $144.00 | $0.00 |