UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Jean Carlos Almodovar,

    Petitioner,

v.

David Nolan,

    Respondent.

Civil Action No.

## MOTION TO APPOINT COUNSEL

Now comes the petitioner in the above-entitled matter moves this Honorable Court to appoint him counsel to represent him in this matter. The petitioner contends that in the interest of justice counsel should be appointed because petitioner is not law literate and had a jailhouse lawyer put together his § 2254 petition. The petitioner further contends that he has a meritorious issue which could be best adjudicated if an experienced attorney was appointed to represent him.

WHEREFORE, the petitioner prays that this motion is allowed.

Respectfully Submitted,

Jean Carlos Almodovar, Pro se
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

Dated: Aug 28, 2004