UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Jean Carlos Almodovar, | Civil Action No. |
| Petitioner, |  |
| v. |  |
| David Nolan, |  |
| Respondent. |  |

## MOTION FOR AN EVIDENTIARY HEARING

Now comes the petitioner in the above-entitled matter moves this Honorable Court for an evidentiary hearing. The petitioner contends that an evidentiary is required in this matter to fully develop the record, whereas the petitioner contends in his pleadings that counsel was ineffective in his failure to explain to the petitioner the true nature of the charges he was pleading guilty to, when the trial judge failed to give an adequate colloquy and failed to inform the petitioner of the true nature of the charges.

WHEREFORE, the petitioner prays that this motion is allowed.

Respectfully Submitted,

Jean Carlos Almodovar, Pro se
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

Dated: Aug 20 2004