

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

11-8-04
Date

TO: Juan Carlos Cilmovodor
P.O. Box 100
So. Walpole, MA 02671

The Clerk's Office received your letter inquiring about the status of the case you submitted for filing.

The Court's records indicate that your case was received for filing on 8-25-04 and was assigned Civil Action No. 04-11864 MLW.

If you filed an Application to Proceed Without Prepayment of Fees and Affidavit, a judge must perform a preliminary screening of your case pursuant to 28 U.S.C. § 1915 and/or § 1915A, if applicable.

If you are incarcerated, a judge must conduct a preliminary screening of your case pursuant to 28 U.S.C. § 1915A, even if you paid the $150.00 filing fee.

I hope that this letter addresses your concerns.

Deputy Clerk