```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

JEAN CARLOS ALMODOVAR          )
          Petitioner,          )
                               )
     v.                        )    C.A. No. 04-11864-MLW
                               )
DAVID NOLAN, Superintendent,   )
          Respondent.          )
```

ORDER ON MOTIONS TO APPOINT COUNSEL AND FOR EVIDENTIARY HEARING

Now before the Court are petitioner's Motion To Appoint Counsel and Motion For an Evidentiary Hearing. Accordingly, it is hereby

ORDERED that petitioner's motion for appointment of counsel (Docket No. 2) is denied without prejudice to filing such a motion after the respondent has filed a responsive pleading to the petition; and it is further

ORDERED, that petitioner's motion for an evidentiary hearing (Docket No. 3) is denied without prejudice to filing such a motion after the respondent has filed a responsive pleading to the petition.

SO ORDERED.

Dated at Boston, Massachusetts, this 18th day of February, 2005.

/s/ Mark L. Wolf
MARK L. WOLF
UNITED STATES DISTRICT JUDGE