UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JEAN CARLOS ALMODOVAR,**
    **Petitioner,**

                  **Civil Action**
**v.**                **No. 04-11864-MLW**

**DAVID NOLAN                             ,**
    **Respondent.**

**ORDER ON APPLICATION TO PROCEED**
**WITHOUT PREPAYMENT OF FEES**

**Having considered the petitioner's Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915;**

☒ **In accordance with Fed. R. Civ. P. 5(e), the clerk filed this Section 2254 petition and assigned it Civil Action No. 04-11864-MLW.**

**It is ORDERED that:**

☐ **The application to proceed without prepayment of fees is GRANTED.**

☒ **It is FURTHER ORDERED that the application is DENIED for the following reasons:**

    **The inmate transaction report accompanying the Application to Proceed Without Prepayment of Fees indicates that petitioner has $95.94 in his prison (personal) account.**

☒ **It is FURTHER ORDERED that petitioner must pay the $5.00 filing fee to the Clerk of Court within forty-two (42) days from the date of this Order, or this action will be subject to dismissal.**

**February 18, 2005**   /s/ Mark L.Wolf
**DATE**       MARK L. WOLF
          UNITED STATES DISTRICT JUDGE

(ifphabe.ord - 9/20/96)                        [oifphc.]