UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN CARLOS ALMODOVAR )<br>   Petitioner, )<br>)<br>v. )<br>)<br>DAVID NOLAN )<br>   Respondent. )<br>) | Civil Action No. 04-11864-MLW |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Respondent, David Nolan, the Superintendent of the Massachusetts Correctional Institution-Cedar Junction, in the above-entitled habeas corpus action.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

_____
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: February 28, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2005, I caused a copy of the above Notice of Appearance to be served by first-class mail, postage prepaid, upon Jean Carlos Almodovar, *pro se*, MCI-Cedar Junction, P.O. Box 100, South Walpole, Massachusetts 02071.

_____
Eva M. Badway