FILED
UNITED STATES DISTRICT COURT IN OFFICE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JEAN CARLOS ALMODOVAR ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DAVID NOLAN ) <br> Respondent. ) | Civil Action No. 04-11864-MLW |

## RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS TIME-BARRED

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, the respondent respectfully submits this motion to dismiss the petition for a writ of habeas corpus filed by the petitioner, Jean Carlos Almodovar. The petition must be dismissed as time-barred under 28 U.S.C. § 2244(d), the statute of limitations for federal habeas corpus petitions. Because his conviction became final on July 17, 2000, when he plead guilty in Hampden Superior Court to murder in the second degree, unlawful possession of a firearm and unlawful possession of ammunition, the petitioner had to file his federal habeas petition within a one-year limitations period that expired on July 17, 2001. This petition was not filed until August 25, 2004, however, three years after the limitations period had lapsed. Accordingly, the petition must be dismissed as time-barred.[1] In support of his motion, the respondent relies on the accompanying memorandum of law and exhibits.

---

[1] The respondent's remaining defenses are not addressed here because the running of the statute of limitations mandates dismissal of the petition. In the event that this Court declines to dismiss the petition as time-barred, the respondent reservea the right, and requests the opportunity, to file an answer and assert all other applicable defenses.

**WHEREFORE**, the respondent respectfully requests that the Court dismiss this habeas petition with prejudice on the ground that it is time-barred.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: February 28, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2005, I caused a copy of the above Motion to Dismiss to be served by first-class mail, postage prepaid, upon Jean Carlos Almodovar, pro se, MCI-Cedar Junction, P.O. Box 100, South Walpole, Massachusetts 02071.

_____
Eva M. Badway

**HAMPDEN SUPERIOR COURT**

99-2665

**COMMONWEALTH VS.** JEAN CARLOS ALMODOVAR   See   Bail:

Offense: MURDER 265-1

Counsel: 3. Richard Rubin, 7 Stockbridge, 732-5100

5. James Orenstein, ADA

| Date | # | Entry |
|---|---|---|
| 1999 Dec. 8 | 1 | Entered |
|  | 2 | Order to Notify. |
|  | 17 | Atty. R. Rubin appt'd. Rule 53. |
|  | 3 | App. |
|  |  | PNG. |
|  |  | Bail- Held w/o right to bail w/o prej. (Ford, J.) |
|  | 4 | Mitt. |
| 2000 Jan. 6 | 5 | PCR |
| March 7 | 6 | Mot for Statements of Co-Defts |
|  | 7 | Mot for Exculpatory Evidence |
|  | 8 | Mot to Inspect Statements of Witnesses |
|  | 9 | Mot to Examine Photographs |
|  | 10 | Mot for Discovery of Out-of-Court Identification Procedures |
|  | 11 | Mot for Disclosure of Identification Procedure |
|  | 12 | Mot for the Discovery of Statements of Deft |
|  | 13 | Mot for Discovery of Medical Evidence and Autopsy Report |
|  | 14 | Mot for Notice of Inducements to Prosecution Witnesses |
|  | 15 | Mot for Preservation and Production of Police Records |
|  | 16 | Mot for Notice of Prior and Subsq Bad Acts |

A TRUE COPY
OF THE DOCKET MINUTES:

IN WITNESS WHEREOF, I have hereunto
set my hand and have caused the seal
of the Superior Court of the County
of Hampden to be affixed on this
____ day of ____ September 2002

_____
Deputy Asst Clerk

(marked through with large X)

| 99-2665 | | | |
|---|---|---|---|
| 2000 MARCH 7 | 17 | Mot for a Bill of Particulars | |
| | 18 | Mot for Disclosure of Identification Procedure | |
| | 19 | Mot for Statements of Witnesses concerning the Identification of the Deft | |
| | 20 | Mot for Discovery of Electronic Surveillance and Related Evidence | |
| | 21 | Mot for List of Witnesses the Common anticipates it may call at Trial | |
| | 22 | Mot for Discovery of Tests Employed, Test Data, and Test Results by Commonwealth Experts | |
| | 23 | Mot to Inspect Tangible Evidence | |
| 8 | / | #'s 6,7,8,9,12,13,14,15,16,17,20,21,22,23--Allowed (Wernick,J) | |
| May 5 | 24 | Mot for Extra Costs and Fees | |
| | 24a | Aff. | |
| | / | #24--Allowed (Wernick,J) | |
| June 22 | 25 | Mot. to Continue | |
| | 25a | Aff. | |
| | 26 | Comm.'s list of witnesses | |
| | 27 | Mot. for reciprocal discovery | |
| July 11 | 28 | Indig. Summ. | |
| | / | #28--Allowed (Rup, J.) | |
| | 28a | Summons: Keeper of the Records H.O.C. | |
| July 11 | 29 | Comm's Notice of Promises Inducements or rewards | |
| 17 | 30 | Waiver of Deft's Rts | |
| | 31 | P.G. To so much of Indictment that alleges 2nd Degree Murder 265-2 Court accepts Plea (Carhart,J) | |
| | 32 | Sent: MCI CI-Life | |
| | | Credit 257 days by agreement | |
| | 33? | DNA C22E/B given | |
| AUGUST 18 | | SEE COMPUTER FOR FINAL DISPOSITION | |

AAS-20041213                                                                    11:51 AM

## Commonwealth of Massachusetts
### HAMPDEN SUPERIOR COURT
#### Case Summary
#### Criminal Docket

### HDCR1999-02665
### Commonwealth v Almodovar, Jean Carlos

| | | | | |
|---|---|---|---|---|
| **File Date** | 12/08/1999 | **Status** | Disposed (appeal denied) (dapden) | |
| **Status Date** | 05/12/2004 | **Session** | 1 - Crim 1 CtRm 1 | |
| **Jury Trial** | Unknown | **Origin** | I - Indictment | |
| **Lead Case** | | | | |
| | | | **Final PTC** | |
| **Arraignment** | 12/17/1999 | **Track** | **Status Date** | |
| **Disp. Deadline** | | **Deadline Status** | **Start Date** | |
| **Pro Se Deft** | No | **Custody Status** | **Prior Record** | Unknown |
| **Weapon** | | **Substance** | | |

### OFFENSES

| Num | Offense | Code | Status | Status Date |
|---|---|---|---|---|
| 1 | 10/26/1999 | 265:001.0 | Guilty plea (lesser offense) | 07/17/2000 |
| | Murder | | | |
| 2 | 10/26/1999 | 269:010:h.1 | Guilty plea | 07/17/2000 |
| | Dang weapon, possess/transfr gun/ammo, no ID card | | | |
| 3 | 10/26/1999 | 269:010:a | Guilty plea | 07/17/2000 |
| | Dang weapon, possess gun, no license, on person/in MV | | | |

### PARTIES

**Plaintiff**
Commonwealth
Gender: Unknown
Active 12/08/1999

**District Atty's Office 546543**
Jane D Montori
Hampden County District Atty's Office
50 State Street
Hall of Justice
Springfield, MA 01102
Phone: 413-747-1000
Fax: 413-781-4745
Active 12/17/2002 Notify

**Defendant**
Jean Carlos Almodovar
45 East Court St.
Holyoke, MA 01040
DOB: 01/14/1983
Gender: Unknown
Active 12/08/1999 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 12/08/1999 | | Original case info: ORIGIN=I. |
| 06/14/2000 | | Stat at cnvrsn to cmputr 06/14/2000. |
| | | (see docket book for previous docket entries). |
| 07/17/2000 | | SEE DOCKET BOOK FOR PRIOR ENTRIES |
| 07/17/2000 | 30.0 | Waiver of defendant's rights |
| 07/17/2000 | 31.0 | COUNT 1: (99-2665) Guilty plea (lesser offense) to so much of the indictment that alleges 2nd degree murder 265-2, accepted. (Carhart, J.) |
| 07/17/2000 | 32.0 | COUNT 1: (99-2665) SENTENCE: MCI Cedar Junction to a period of life- |

Page 1 of

case01 202213 y y y y y y

**Commonwealth of Massachusetts**
**HAMPDEN SUPERIOR COURT**
**Case Summary**
**Criminal Docket**

## HDCR1999-02665
## Commonwealth v Almodovar, Jean Carlos

| Date | Paper | Text |
|---|---|---|
| | 32.0 | credit 257 days by agreement, victim witness fee waived due to hardship. (Carhart, J.) |
| 07/17/2000 | | COUNT 2: (99-2666) Guilty plea |
| 07/17/2000 | | COUNT 2: (99-2666) SENTENCE: Hampden County HofC for 1 year conc. w/99-2665- credit 257 days - pleading #2 (99-2666) (Carhart, J.) |
| 07/17/2000 | | COUNT 3: (99-2667) Guilty plea |
| 07/17/2000 | | COUNT 3: (99-2667) SENTENCE: MCI Cedar Junction for not more than 5 years, and not less than 3 years conc. w/99-2665- credit 257 days- pleading #2 (99-2667) (Carhart, J.) |
| 07/17/2000 | 33.0 | Defendant warned per Chapter 278, Sec. 22E of DNA |
| 11/02/2000 | 34.0 | Motion to file motion to revise & revoke late. (as to 99-2665, 99-2666 and 99-2667) N. 11/2/00 |
| 11/02/2000 | 35.0 | Motion for appointment of counsel. (as to all offenses) N. 11/2/00 |
| 11/02/2000 | 36.0 | Motion to vacate & reimpose sentence to permit timely filing of motion to revoke & revise sentence. (as to all offenses) N. 11/2/00 |
| 11/02/2000 | 36.1 | Aff. |
| 11/02/2000 | 37.1 | Motion to waive entry fee (as to all offenses) N. 11/2/00 |
| 11/03/2000 | | Motion (P#34) --Denied (please see pldg.) (Carhart, J.) N. 11/3/00 |
| 11/13/2000 | 38.0 | Motion for transcript of guilty plea.n. 11/30. |
| 11/13/2000 | 38.1 | Aff. |
| 02/12/2001 | | Motion (P#38) allowed (Carhart, J.) N.2/14/01 |
| 10/25/2002 | 38.1 | Motion by Deft: for new trial |
| 10/25/2002 | 38.2 | Deft files affidaivt in support of motion for a new trial |
| 10/25/2002 | 38.3 | Deft files memorandum of law in support of motion for a new trial |
| 10/25/2002 | 38.4 | Motion by Deft: to proceed informa papuris |
| 12/16/2002 | 39.0 | Motion by Deft: for Appointment of Counsel for New Trial Motion N. 1/2/03. |
| 12/17/2002 | 40.0 | Appearance of Commonwealth's Atty: Jane D Montori |
| 01/28/2003 | 41.0 | Commonwealth files opposition to defendant's motion for new trial n. 1/30 |
| 02/28/2003 | 42.0 | Motion by Deft: for extension of time to file opposition motion to the Commonwealth's opposition motion to the defendant's motion for new trial n. |
| 03/03/2003 | | Motion (P#42) denied (Carhart, J) n. |
| 03/03/2003 | | Motion (PI#38.1) - Denied (see pleading) (Carhart, J) n |
| 03/21/2003 | 43.0 | NOTICE of APPEAL FILED by Jean Carlos Almodovar. N.4/8/03 |
| 04/08/2003 | 44.0 | Notice of assembly of record; mailed to Appeals Court per Rule 9(d) |
| 04/16/2003 | 45.0 | Notice of Entry of appeal received from the Appeals Court |
| 05/12/2004 | 46.0 | Rescript received from Appeals Court; Order denying motion for new trial affirmed. |

EVENTS

# Commonwealth of Massachusetts
# HAMPDEN SUPERIOR COURT
# Case Summary
# Criminal Docket

## Commonwealth v Almodovar, Jean Carlos

Details for Docket: HDCR1999-02665

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | HDCR1999-02665 | **Caption:** | Commonwealth v Almodovar, Jean Carlos |
| **Entry Date:** | 12/08/1999 | **Case Status:** | Crim 1 CtRm 1 |
| **Status Date:** | 05/12/2004 | **Session:** | Disposed (appeal denied |
| **Lead Case:** | NA | **Deadline Status:** | |
| **Trial Deadline:** | | **Jury Trial:** | NO |

## Parties Involved

2 Parties Involved in Docket: HDCR1999-02665

| **Party Involved:** | | **Role:** | Defendant |
|---|---|---|---|
| **Last Name:** | Almodovar | **First Name:** | Jean Carlos |
| **Address:** | 45 East Court St. | **Address:** | |
| **City:** | Holyoke | **State:** | MA |
| **Zip Code:** | 01040 | **Zip Ext:** | |
| **Telephone:** | | | |

| **Party Involved:** | | **Role:** | Plaintiff |
|---|---|---|---|
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

1 Attorneys Involved for Docket: HDCR1999-02665

| Attorney Involved: | | Firm Name: | HAMP02 |
|---|---|---|---|
| Last Name: | Montori | First Name: | Jane D |
| Address: | 50 State Street | Address: | Hall of Justice |
| City: | Springfield | State: | MA |
| Zip Code: | 01102 | Zip Ext: | |
| Telephone: | 413-747-1000 | Tel Ext: | |
| Fascimile: | 413-781-4745 | Representing: | |

## Calendar Events

No Calendar Events found for Docket: HDCR1999-02665.

There are currently no calendar events associated with this case.

## Full Docket Entries

49 Docket Entries for Docket: HDCR1999-02665

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 12/08/1999 | | Original case info: ORIGIN=I. |
| 06/14/2000 | | Stat at cnvrsn to cmputr 06/14/2000. |
| 06/14/2000 | | (see docket book for previous docket entries). |
| 07/17/2000 | | SEE DOCKET BOOK FOR PRIOR ENTRIES |
| 07/17/2000 | 30 | Waiver of defendant's rights |
| 07/17/2000 | 31 | COUNT 1: (99-2665) Guilty plea (lesser offense) to so much of the |
| 07/17/2000 | 31 | indictment that alleges 2nd degree murder 265-2, accepted. (Carhart, |
| 07/17/2000 | 31 | J.) |
| 07/17/2000 | | COUNT 2: (99-2666) Guilty plea |
| 07/17/2000 | | COUNT 3: (99-2667) Guilty plea |
| 07/17/2000 | 32 | COUNT 1: (99-2665) SENTENCE: MCI Cedar Junction to a period of life- |
| 07/17/2000 | 32 | credit 257 days by agreement, victim witness fee waived due to |
| 07/17/2000 | 32 | hardship. (Carhart, J.) |
| 07/17/2000 | 33 | Defendant warned per Chapter 278, Sec. 22E of DNA |
| 07/17/2000 | | COUNT 2: (99-2666) SENTENCE: Hampden County HofC for 1 year conc. |
| 07/17/2000 | | w/99-2665- credit 257 days - pleading #2 (99-2666) (Carhart, J.) |
| 07/17/2000 | | COUNT 3: (99-2667) SENTENCE: MCI Cedar Junction for not more than 5 |
| 07/17/2000 | | years, and not less than 3 years conc. w/99-2665- credit 257 days- |
| 07/17/2000 | | pleading #2 (99-2667) (Carhart, J.) |

| Date | No. | Description |
|---|---|---|
| 11/02/2000 | 34 | Motion to file motion to revise & revoke late. (as to 99-2665, |
| 11/02/2000 | 34 | 99-2666 and 99-2667) N. 11/2/00 |
| 11/02/2000 | 35 | Motion for appointment of counsel. (as to all offenses) N. 11/2/00 |
| 11/02/2000 | 36 | Motion to vacate & reimpose sentence to permit timely filing of |
| 11/02/2000 | 36 | motion to revoke & revise sentence. (as to all offenses) N. 11/2/00 |
| 11/02/2000 | 36 | Aff. |
| 11/02/2000 | 37 | Motion to waive entry fee (as to all offenses) N. 11/2/00 |
| 11/03/2000 | | Motion (P#34) --Denied (please see pldg.) (Carhart, J.) N. 11/3/00 |
| 11/13/2000 | 38 | Motion for transcript of guilty plea.n. 11/30. |
| 11/13/2000 | 38 | Aff. |
| 02/12/2001 | | Motion (P#38) allowed (Carhart, J.) N.2/14/01 |
| 10/25/2002 | 38 | Motion by Deft: for new trial |
| 10/25/2002 | 38 | Deft files affidaivt in support of motion for a new trial |
| 10/25/2002 | 38 | Deft files memorandum of law in support of motion for a new trial |
| 10/25/2002 | 38 | Motion by Deft: to proceed informa papuris |
| 12/16/2002 | 39 | Motion by Deft: for Appointment of Counsel for New Trial Motion N. |
| 12/16/2002 | 39 | 1/2/03. |
| 12/17/2002 | 40 | Appearance of Commonwealth's Atty: Jane D Montori |
| 01/28/2003 | 41 | Commonwealth files opposition to defendant's motion for new trial n. |
| 01/28/2003 | 41 | 1/30 |
| 02/28/2003 | 42 | Motion by Deft: for extension of time to file opposition motion to |
| 02/28/2003 | 42 | the Commonwealth's opposition motion to the defendant's motion for |
| 02/28/2003 | 42 | new trial n. |
| 03/03/2003 | | Motion (P#42) denied (Carhart, J) n. |
| 03/03/2003 | | Motion (Pl#38.1) - Denied (see pleading) (Carhart, J) n |
| 03/21/2003 | 43 | NOTICE of APPEAL FILED by Jean Carlos Almodovar. N.4/8/03 |
| 04/08/2003 | 44 | Notice of assembly of record; mailed to Appeals Court per Rule 9(d) |
| 04/16/2003 | 45 | Notice of Entry of appeal received from the Appeals Court |
| 05/12/2004 | 46 | Rescript received from Appeals Court; Order denying motion for new |
| 05/12/2004 | 46 | trial affirmed. |

## Charges

3 Charges for Docket: HDCR1999-02665

| No. | Charge Description: | Indictment: | Status: |
|---|---|---|---|
| 1 | Dang weapon, possess/transfr gun/ammo, no ID card | HDCR1999-02666 | Guilty plea |
| 2 | Murder | HDCR1999-02665 | Guilty plea (lesser offer |
| 3 | Dang weapon, possess gun, no license, on person/in MV | HDCR1999-02667 | Guilty plea |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.

# HAMPDEN SUPERIOR COURT

99-2666

**COMMONWEALTH VS.** JEAN CARLOS ALMODOVAR

See 99-2665

Offense: POSS. FA OR AMMO W/O ID CARD 269-10(h)

Bail:

Counsel:

| | | |
|---|---|---|
| 1999 Dec. 8 | 1 | Entered |
| 2000 July 17 | | P.G. Court accepts Plea (Carhart,J) |
| | 2 | Sent: HOC for 1 Year |
| | | Conc w/ 99-2665 |
| | | Credit 257 days |
| AUGUST 18 | | SEE COMPUTER FOR FINAL DISPOSITION |

A TRUE COPY OF THE DOCKET MINUTES.
IN WITNESS WHEREOF, I hereunto set my hand, and have caused the seal of the Superior Court for the County of Hampden to be affixed on this ___ day of September 2002

_[signature]_ Deputy Asst. Clerk

# HAMPDEN SUPERIOR COURT

**COMMONWEALTH VS.** JEAN CARLOS ALMODOVAR 1

(99-2667)

See 99-2665

Bail:

Offense: POSS. FA. 269-10(a)

Counsel:

| | | |
|---|---|---|
| 1999 Dec. 8 | 1 | Entered |
| 2000 July 17 | | P.G. Court accepts Plea (Carhart,J) |
| | 2 | Sent: MCI CJ 3-5 Yrs |
| | | Conc w/ 99-2665 |
| | | Credit 257 days |
| AUGUST 18 | | SEE COMPUTER FOR FINAL DISPOSITION |

A TRUE COPY OF THE DOCKET ~~ENTRIES~~

IN WITNESS WHEREOF, I hereunto set my hand, and have caused the seal of the Superior Court for the County of Hampden to be affixed on this 26 day of September 2002

Suzanne Kelly
Deputy Ass't Clerk

806 N.E.2d 128, 60 Mass.App.Ct. 1126, Com. v. Almodovar, (Mass.App.Ct. 2004) Page 1

*128 806 N.E.2d 128

60 Mass.App.Ct. 1126

NOTICE: THIS IS AN UNPUBLISHED OPINION.

Appeals Court of Massachusetts.

**COMMONWEALTH,**
v.
**Jean Carlos ALMODOVAR.**

No. 03-P-490.
April 12, 2004.

*MEMORANDUM AND ORDER PURSUANT TO RULE 1:28*

Indicted for the murder of Alexander Rosa, the defendant Jean Almodovar pleaded guilty to so much of the indictment as charged murder in the second degree. He also pleaded guilty to indictments charging unlawful possession of ammunition and unlawful possession of a firearm. The indictments stemmed from an incident in Holyoke, where, according to the statement read by the prosecutor at the plea hearing, "Almodovar and [his uncle] hunted down the victim for ratting on [the uncle's] brother. They approached the victim on Southbridge Street in Holyoke. As the victim attempted to flee, the uncle pulled a .38 caliber revolver and fired four shots into the victim's back, causing him to drop to the ground. Almodovar then shot [the victim] with a sawed-off shotgun."

Some two years after the plea, Almodovar, acting pro se, filed a motion for a new trial, claiming defects in the plea colloquy and ineffective assistance of counsel. The motion judge, who was also the plea judge, denied the motion without a hearing, with the following endorsement:

"I have reviewed the transcript of the change of plea hearing held on July 17th, 2000. The defendant was properly advised of the elements of first and second degree murder. Further, he acknowledged being advised of same by his attorney (Tr. P. 16). The defendant admitted shooting the victim and thus accepted responsibility as a principal. The issues raised by the defendant's motion are without merit and do not warrant an evidentiary hearing. MOTION DENIED."

We have thoroughly reviewed the record, and agree with the Commonwealth that neither the defendant's motion for new trial nor the affidavit presented in support thereof presented any substantial issue which warranted an evidentiary hearing. There was no abuse of discretion by not affording the defendant a hearing. See *Commonwealth v. Arriaga*, 438 Mass. 556, 570-571 (2003). After review of the record, we also agree with the Commonwealth that plea counsel was not ineffective; that the defendant had knowledge of the elements of the charges against him; and that he was properly advised of the elements of first degree murder and second degree murder. For the reasons set forth in the Commonwealth's Memorandum of Law filed in this appeal, we affirm the order denying the motion for new trial.

*Order denying motion for new trial affirmed.*

© 2004 West, a Thomson business. No claim to original U.S. Govt. works.

810 N.E.2d 1229, 442 Mass. 1103, Commonwealth v. Almodovar, (Mass. 2004)                                Page 1

*1229 810 N.E.2d 1229

442 Mass. 1103

(The Court's decision is referenced in a "Supreme Judicial Court of Massachusetts Further Appellate Review" table in the North Eastern Reporter.)

Supreme Judicial Court of Massachusetts.

**Commonwealth**
v.
**Jean Carlos Almodovar**
June 30, 2004

Appeal From: 60 Mass.App.Ct. 1126, 806 N.E.2d 128.

DENIED.

© 2004 West, a Thomson business. No claim to original U.S. Govt. works.