UNITED STATES DISTRICT COURT
DISTRICT FO MASSACHUSETTS

Jean Carlos Almodovar,

    Petitioner,

v.                                              Civil Action
                                                No. 04-11864-MLW
David Nolan,

    Respondent.


## MOTION FOR AN EVIDENTIARY HEARING

    Now comes the Petitioner, Jean Carlos Almodovar, moves this Honorable Court for an evidentiary hearing in this matter. The Petitioner contends that an evidentiary hearing is necessary in this matter because the defendant has claimed a <u>Henderson</u> violation which requires an evidentiary because the Petitioner alleges that he never received "notice of the true nature of the charge," a necessary requirement in order that a guilty plea be valid. In this case his guilty plea is not valid because he was never truly apprised of the "elements" required to establish his guilt for first or second degree murder.

    An evidentiary hearing is required to question counsel to properly develop a record to prove his claim where the State Court refused to hold such a hearing.

                                     Respectfully Submitted,

                                     Jean Carlos Almodovar, Pro se
                                     MCI-Cedar Junction
                                     P.O. Box 100
                                   South Walpole, Ma. 02071

Dated: 4-5-2005