UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jean Carlos Almodovar,

    Petitioner,

v.

David Nolan,

    Respondent.

Civil Action
No. 04-11864-MLW

FILED
CLERKS OFFICE

2005 MAR -7 P 3:28

U.S. DISTRICT COURT
DISTRICT OF MASS

## MOTION TO APPOINT COUNSEL

Now comes the Petitioner, Jean Carlos Alomodovar, moves this Honorable Court to appoint him counsel in this matter. The Petitioner contends that counsel is necessary in this matter due to the complex nature of his case and to properly respond to the Respondent's petition that his Petition pursuant to 28 U.S.C. § 2254 is time-barred. The Petitioner is Pro se and really do not know how to properly and effectively bring forth his § 2254. Only a competent and knowlegeable attorney can assure that the Petitioner's claims argued in his Petition and memorandum of law are properly put before this court.

Wherefore, the Petitioner prays that this Court allows this motion.

Respectfully Submitted,

Jean Carlos Almodovar, Pro se
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

Dated: