UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jean Carlos Almodovar,

    Petitioner,

v.

David Nolan,

    Respondent.

Civil Action
No. 04-11864-MLW

## CERTIFICATE OF SERVICE

I, Jean Carlos Almodovar, hereby certify that I caused a true copy of the foregoing Motion to Appoint Counsel and Motion For An Evidentiary Hearing, to be served on Eva M Badway, Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston, Ma. 02108, by regular mail.

                                                Jean Carlos Almodovar, Pro se
                                                MCI-Cedar Junction
                                                P.O. Box 100
                                                South Walpole, Ma. 02071

Dated: