MR. JEAN CARLOS ALMODOVAR.
P.O. Box 43. MCI-NORFOLK.
NORFOLK MASS. 02056

Pro-Se Clerk
United States District Court
1 Courthouse way, Suite 2300
Boston Mass. 02210

August 21. 2005

RE: Almodovar v. Nolan
NO. 04-CV-11864-MLW

Dear Clerk,

I'm writing in regard to request for a new docket entrie so I can see if there's been a ruling by Judge Mark L. Wolf for my appointed of counsel that I've re-file back in March. I thank you in advance for your assistance and time in this matter.

Respectfully, Submitted
Pro-Se Jean.Carlos Almodovar
MCI-Norfolk P.O. Box 43
Norfolk Mass. 02056

C.C. File...