UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEAN CARLOS ALMODOVAR
        Plaintiff(s)

v.            CIVIL ACTION NO. 04-11864-MLW

DAVID NOLAN
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

WOLF, D.J.

**Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict as to Count I.

**X**  **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED** JUDGEMENT OF DISMISSAL shall enter for the Defendant.

SARAH A. THORNTON, CLERK

Dated: February 17, 2006        /s/ Dennis O'Leary
                                ( By ) Deputy Clerk

NOTE:  The post judgment interest rate effective this date is _____.

(judgciv.frm - 10/96)           [jgm.]