United States District Court
District of Massachusetts

FILED
CLERKS OFFICE
2006 APR -5 P 12: 17
U.S. DISTRICT COURT
DISTRICT OF MASS

Joan Carlos Almodovar,
    Petitioner,

Civil Action
No. 04-11864-MLW

v.

David Nolan,
    Respondent.

Petitioner's Objections to Denial of His 28 U.S.C. § 2254 Petition

The defendant files this objection in response to the denial of his § 2254 petition on the merits of his claims. This court's ruling was contrary to the principles of _Henderson v. Morgan_, ___ U.S. ___ ( ), where, here, as in _Henderson_, the petitioner

-2-

did not receive "true nature of the charge" on second degree murder during his plea colloquy rendering his guilty plea invalid. The trial judge failed to convey the necessary elements to him, nor did his counsel in violation of <u>Strickland v. Washington</u>, 466 U.S. 668 (1984).

The petitioner believes this court's ruling is incorrect and an unreasonable application of clearly established federal law as determined by the United States Supreme Court.

Respectfully Submitted,

Jean Carlos Almodovar, Pro Se
MCI-Norfolk
P.O. Box 43
Norfolk, MA. 02056

Dated: April 1, 2006