United States District Court

District of Massachusetts

F I L E D
Clerk's office
USDC, Mass 4-5-06
Date_____ KTB
By_____
Deputy Clerk

Jean Carlos Peguodouang

    Petitioner,

                                              Civil Action

                                              No. 04-11864-MLW

    v.

David Nolan,

    Respondent.


        Motion for leave to file late
        Written Objections

        Now comes the Petitioner in the above-
entitled matter seeks leave of court to
file late his objections to the de-
cision of Judge Wolf denying his §
2254 Petition. In support hereof the
Petitioner states:

        1. He filed his §2254 Petition pro-se
and it was filed by a "jack-use lawyer"
Tony Gaskins. Petitioner is law-illiterate

CERTIFICATE OF SERVICE

I, JOHN CARLOS ALMODOVAR, CERTIFY
THAT A COPY WAS SERVED ON THE
ASSISTANT ATTORNEY GENERAL OF RECORD
AT ONE ASHBURTON PLACE, BOSTON, MA.
02108, BY FIRST CLASS MAIL, POSTAGE
PREPAID.

JOHN CARLOS ALMODOVAR
NCCI-NORFOLK
P.O. BOX 43
NORFOLK, MA. 02056

DATED: 1 April 1. 2006