UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jean Carlos Almodovar,

    Petitioner,

v.

David Nolan,

    Respondent.

Civil Action
No. 04-11864-MLW

FILED
IN CLERKS OFFICE
2006 JUN -9 P 1:37
U.S. DISTRICT COURT
DISTRICT OF MASS

**MOTION FOR LEAVE OF COURT TO APPEAL TO THE FIRST CIRCUIT COURT OF APPEALS IN FORMA PAUPERIS**

The Petitioner, Jean Carlos Almodovar, moves for leave of court to appeal the dismissal of his case to the First Circuit Court of Appeals in Forma Pauperis.

The Petitioner had filed with this court written objections to the recent decision of this court denying his § 2254 Habeas Petition as time-barred. He has also filed a COA and has yet to receive any response on the merits of both pleadings filed. Now he submits his appeal and seeks to be permitted Forma Pauperis status in pursuing his appeal. See attached six month prison account statement attached.

Respectfully Submitted,

Jean Carlos Almodovar, Pro se
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

Dated: June 7, 2006

## CERTIFICATE OF SERVICE

    I, Jean Carlos Almodovar, certify that I caused a copy of my "Motion For Leave To Appeal To The First Circuit" to be served on: Eva M. Badway, Asst. Attorney General, One Ashburton Place, Boston, Ma. 02108, by first class mail, postage prepaid.

Dated: June 7, 2006.

                                        Jean Carlos Almodovar, Pro se