United States District Court
District of Massachusetts

Jean Carlos Mendoncar,
            Petitioner,

v.                                          Civil Action
                                            No. 04-11864-MLW

David Nolan,
            Defendant.

FILED
Clerk's Office
USDC 4-5-06 KB
Date
By Deputy Clerk

Petitioner's Motion For A
Certificate Of Appealability

Now comes the Petitioner in the above-
entitled matter requesting that this court grant
him a "COA" on the denial of P.25Y
petition seeking to withdraw his guilty
plea.

The Petitioner contends that his
guilty plea was given in violation of
Henderson v. Morgan, ___ U.S. ___ (   ),
and that the state court's ruling in
this matter was contrary to clearly

-2-

established Federal law as determined by the United States Supreme Court, and involved an unreasonable application of the law to the facts in light of the evidence presented at trial. See Williams v. Taylor, 529 U.S. 362, 405-409 (2000).

The Petitioner contends that this issue warrants further review and this Court should grant this COA.

Dated April 1, 2006

Respectfully submitted,

Juan Carlos Almodovar
MCI-Norfolk
P.O. Box 43
Norfolk, MA 02056