United States District Court
For The
District Of Massachusetts

Jean Carlos Almodovar,
    Petitioner,
V.                                        Civil Action
                                          No. 04-11864-MLW
David Nolan,
    Respondent.

## VERIFIED MOTION FOR ADDITIONAL TIME WITHIN WHICH TO FILE MOTION TO RECONSIDER MEMORANDUM AND ORDER OF AUGUST 14, 2006

Now comes the petitioner and respectfully moves this Court to grant him additional time within which to file a motion to reconsider its memorandum and order of August 4, 2006, for the following reasons:

[2]

1. On August 14, 2006 This Court ruled on several motions filed by petitioner in the case at bar. The Court mailed its ruling to Petitioner's former address, which was at MCI- Norfolk, P.O. Box 43, Norfolk, MA 02056.

2. Petitioner left MCI-Norfolk months prior to August 14, 2006, and, because another prisoner was instructing him on how to prosecute this action, a prisoner who was housed at another prison when petitioner left MCI-Norfolk, petitioner did not know that he was required to file a notice of the change of address with the clerk's office of this court.

3. The Court's August 14, 2006 ruling did not reach petitioner untill September , 2006, and could not be responded

[3]

to until now, due to, inter alia, an emergency lock-down at the prison, the lack of legal assistance and the inability to obtain the file in this case to file a motion to re-consider the August 14, 2006 ruling.

4. Petitioner has relied, exclusively, upon a fellow prisoner to file the petition in the case at bar, and to defend against dismissal as well as to file the motions ruled upon in the August 14th ruling.

5. The prisoner who filed the pleadings in the case at bar has all of the documents in the file, including this Court's February 16, 2006 ruling on Petitioner's habeas corpus petition.

6. As a result of this prisoner having the files, petitioner cannot file a motion to

[4]

reconsider this Court's August 14, 2006 rulings in this case.

7. Recently, petitioner wrote the clerk's office of this court, asking for copies of papers #'s 21-23, as well as for a copy of the Court's February 16, 2006 ruling dismissing the habeas petition at issue here.

8. As soon as petitioner receives the documents requested from the clerk, he will be in a position to have another prisoner [1] prepare on his behalf a motion to re-consider the August 14, 2006 ruling.

---

[1] Petitioner, as pointed out at page 9, and Exhibit A, of the memorandum of law in support of his habeas petition, has a very limited educational background.

5

9. Because petitioner is the recipient of a life sentence, this Court should err on the side of caution and permit him an opportunity to thoroughly air his claims before asking the First Circuit to review the matter.



For the foregoing reasons this motion should be granted.

Respectfully Submitted,

Jean Carlos Almodovar
P.O. Box 100
S. Walpole, MA 02071

Verification:
I, Jean Carlos Almodovar, verify that the above statements are true and accurate and I do so under pains and penalties of perjury on 9/15/06.

by, Jean Carlos Almodovar

Filed: 9/15/06