United States District Court
For The
District of Massachusetts

Jean Carlos Almodovar,
    Petitioner,
V.                     Civil Action
                     No. 04-11864-MLW
David Nolan,
    Respondent.

FILED CLERKS OFFICE 2006 SEP 25 P 3:15 U.S. DISTRICT COURT DISTRICT OF MASS

## NOTICE OF CHANGE OF ADDRESS

Now comes the petitioner and gives notice that his address is now:

    Jean Carlos Almodovar
    P.O. Box 100
    S. Walpole, MA 02071

Submitted by,
/s/ Jean Carlos Almodovar
Jean Carlos Almodovar
P.O. Box 100
S. Walpole, MA 02071

Filed: 9/15/06