```
                FILED
           CLERKS OFFICE      Jean Carlos Almodovar
        2006 SEP 25 PP. D.16  Box 100
          U.S. DISTRICT COURT Walpole, MA 02071
          DISTRICT OF MASS
```

September 15, 2006

Clerk
U.S. District Court
U.S. Courthouse
Boston, MA. 02210

Re: <u>Almodovar V. Nolan,</u>
     <u>No. 04-11864-MLW</u>

Dear Clerk:

I am in dire need of a copy of several documents on file in the above-mentioned case in order to prepare a Certificate of Appealability for the First Circuit. Can you please send me copies of the following documents:

1. Paper # 21 on docket;
2. Paper # 22 on docket;
3. Paper # 23 on docket; and,
4. A copy of the Court's February 16, 2006 dismissal

of my habeas Corpus petition.

Can you please send me these documents as soon as possible?

Thanks

Jean Carlos Almodovar

cc: File

[2]